IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00788-REB-BNB

SHANE GOLLIHER,

Plaintiff,

v.

NATIONS RECOVERY CENTER, INC., a Georgia corporation,

Defendant.

---

## ORDER
---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **August 13, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 30, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge