**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00788-REB-BNB

SHANE GOLLIHER,

    Plaintiff,

v.

NATIONS RECOVERY CENTER, INC., a Georgia corporation,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#14] filed August 10, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#14] filed August 10, 2009, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 10, 2009, at Denver, Colorado.

                                BY THE COURT:

                                */s/ Bob Blackburn*
                                Robert E. Blackburn
                                United States District Judge